*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

**PACTS No. 1695371**  **PASSPORT RECEIPT**

```
FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2015
1:40 PM
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

Defendant's name: AMOS, Daniel

Name on passport, if different: AMOS, Daniel Espejo

Country of origin: USA

Date passport issued: 4-5-2007

Expiration date of passport: 4-4-2017

Ordered by court in the Central District of California or _____ (district)

Docket Number: 2:15-01160M-1

Surrendered by and date (print and sign):

Logan McIntosh-Rupp
*Logan McIntosh-Rupp* 6/30/15

Received by and date (print and sign: Devin Thompkins for Devona Gardner
                                         6/30/15

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Returned to and date (print and sign):


Returned by and date (print and sign):


Purpose returned:

Address (if mailed):


CAC PSA 41 2/10/14

[ ] HQ & Supervision Unit
U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

[ ] Investigation Unit
Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

[ ] Santa Ana Branch
Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

[ ] Riverside Branch
George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489